UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
DEC 13 2007

Civil Action No. 03-M-0608

UNITED STATES OF AMERICA,

Plaintiff,

v.

CF&I STEEL, L.P.
d/b/a ROCKY MOUNTAIN STEEL MILLS,

Defendant.

## ORDER

Pursuant to the Joint Petition for Amendment of Consent Decree, which Consent Decree was previously entered by this Court on November 26, 2003, and good cause being shown, Paragraph 40 of said Consent Decree is amended to modify the gross steel production limit from the new EAF #4 and the meltshop facility to an amount not to exceed 1,010,000 short tons of molten steel per calendar year.

Dated this 13th day of December, 2007.

BY THE COURT:

Richard P. Matsch
Senior District Judge

{00340312.1}

5