**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-00608-RPM

UNITED STATES OF AMERICA,

Plaintiff,

v.

CF&I STEEL, L.P.
d/b/a ROCKY MOUNTAIN STEEL MILLS,

Defendant.

---

**ORDER**

---

Pursuant to the Joint Petition for Amendment of Consent Decree, which Consent Decree was previously entered by this Court on November 26, 2003, and amended on December 13, 2007, Paragraph 40 of said Consent Decree is further amended to modify the gross steel production limit from EAF #5 and the meltshop facility to an amount not to exceed 1,085,000 short tons of molten steel for the calendar year ending December 31, 2010 only.

For purposes of allowing this temporary increase in production only, RMSM shall purchase by December 31, 2010 emission allowances in the total amount of 87 $SO_2$ and 18 $NO_X$ emission credits for the emission increases of all pollutants associated with RMSM's proposed increased production in excess of 1,010,000 short tons per year. However, RMSM's purchase of emission "offsets" and the manner of calculating the emission credits are solely for the purpose of effecting this temporary modification to the Consent Decree and shall not have any

{00350253.1}

1

precedential effect on any future proposed increases to RMSM's production limit or as to the parties' continuing discussions to modify RMSM's production limit.

Dated this 10th day of December, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge