**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-CV-00608-RPM

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CF&I STEEL, L.P.,
d/b/a ROCKY MOUNTAIN STEEL MILLS,

        Defendant.

---

## ORDER GRANTING MOTION TO TERMINATE CONSENT DECREE

The Court, being advised of the premises in the Plaintiff, UNITED STATES OF AMERICA'S, Motion to Terminate Consent Decree hereby terminates, pursuant to Paragraphs 132 and 133 of the Consent Decree, the Consent Decree in this matter.

IT IS SO ORDERED.

Dated and entered this 17th day of February, 2011.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge